**SO ORDERED**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (at Baltimore)

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Terry R. Whalen, Jr., | * | Case No. 12-14639-DER |
|     Debtor. | * | Chapter 7 |
| | * | |
|   *    *    *    *    * | * | |
| | * | |
| Judy A. Robbins, | * | |
| United States Trustee Region Four, | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | Adversary Pro. No. 12-00381 |
| | * | |
| Terry R. Whalen, Jr., | * | |
|     Defendant. | * | |
| | * | |
| *  *  *  *  *  *  *  *  *  *  *  *  * | | |

### JUDGMENT DENYING ENTRY OF DISCHARGE

The Complaint to Deny Discharge filed by the United States Trustee for Region Four (the "U.S. Trustee") having come before this court for a trial on the merits on February 28, 2013, it is, for the reasons stated in the accompanying Memorandum Opinion entered contemporaneously herewith, by the United States Bankruptcy Court for the District of Maryland, sitting at Baltimore,

ORDERED, that judgment is hereby entered in favor of the U.S. Trustee and against the debtor, Terry R. Whalen, Jr. (the "Debtor"), and entry of a discharge of the Debtor in this case is hereby DENIED pursuant to 11 U.S.C. § 727.

cc:     All Parties in Interest

**END OF ORDER**